this motion and $10 costs of opening default, and within 20 days serves proposed case on respondent's attorney, in which case motion is denied.

APPEL v. PEOPLE'S SURETY CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Samuel Appel against the People's Surety Company of New York. No opinion. Application granted. Order signed. See, also, 66 Misc. Rep. 562, 121 N. Y. Supp. 1116.

APPEL v. PEOPLE'S SURETY CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Samuel Appel against the People's Surety Company of New York. No opinion. Motion granted. Order filed. See, also, 66 Misc. Rep. 562, 121 N. Y. Supp. 1116.

ARNOLD, Respondent, v. NEW YORK AGE PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 24, 1911.) Action by Frank F. Arnold against the New York Age Publishing Company. W. H. Smith, for appellant. F. E. Hipple, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ARNOWITZ, Appellant, v. DIAMOND-STEIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) Action by Morris Arnowitz against William Diamondstein and another. No opinion. Motion granted, on condition that the petitioner file a bond, approved by one of the justices of this court, within 10 days, to secure the payment of the fine; otherwise, motion denied, with $10 costs.

ARONSON, Appellant, v. RADIN, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Harry E. Aronson against Aaron Radin. No opinion. Judgment of the Municipal Court affirmed, with costs.

ASBESTOLITH MFG. Co. v. HOWLAND. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by the Asbestolith Manufacturing Company against Henry S. Howland. No opinion. Motion denied, with $10 costs. Order filed. See, also, 128 N. Y. Supp. 173.

BALDWIN, Respondent, v. LOCOMOBILE CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Ralph S. Baldwin, an infant, etc., against the Locomobile Company of America. No opinion. Motion denied, without costs. See, also, 128 N. Y. Supp. 429.

In re BALDWIN'S WILL. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) In the matter of the probate of the alleged last will and testament of Charles Dean Baldwin, deceased. See, also, 126 N. Y. Supp. 1121.

PER CURIAM. Motion denied, without costs.

JENKS, P. J., taking no part.

BARASCH, Appellant, v. DAUM, Respondent. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Sigmund W. Barasch against Louis Daum. M. Feltenstein, for appellant. J. D. Connolly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BARKER, Appellant, v. PENN BRIDGE CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by Samuel O. Barker, as administrator, etc., against the Penn Bridge Company.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG and BETTS, JJ., dissent.

BARSON et al. v. MULLIGAN et al. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Charles H. Barson and others against Agnes K. M. Mulligan and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 105 N. Y. Supp. 1105; 127 N. Y. Supp. 1111.

BARSON et al., Respondents, v. MULLIGAN et al., Appellants. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by Charles H. Barson and others against Agnes K. M. Mulligan and others. W. G. Mulligan, for appellants. H. A. Forster, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, supra.

BATZ, Respondent, v. BUFFALO, R. & P. R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by Fanny Batz, as administratrix, etc., against the Buffalo, Rochester & Pittsburg Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that as matter of law the negligence of the defendant was not established.

BEACH, Appellant, v. PEARSON, Respondent, et al. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Ralph H. Beach against Frederick S. Pearson, impleaded with others. M. E. Harby, for appellant. H. Taylor, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

CLARKE, J., dissents.

BEAUCHAMP, Appellant, v. EXCELSIOR BRICK Co. et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) Action by Hannah Beauchamp against the Excelsior Brick Company